**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LUC BURBON, on behalf of herself and all
others similarly situated,

Docket No:   1:18-cv-08012-RJS

                          Plaintiffs,

**NOTICE OF SETTLEMENT**

                    -against-

J CHOO USA, INC.D/B/A JIMMY CHOO,

                          Defendant.

Now comes the Plaintiff LUC BURBON, by and through counsel, to provide notice to the Court

that the present cause has been settled between the parties, and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the
   Agreement is fully executed, and Plaintiffs have received the consideration required
   pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with
   prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein
   request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines
   and conferences.

                                        Respectfully submitted,

                                        By: _____
                                        Joseph H. Mizrahi, Esq.
                                        Cohen & Mizrahi LLP
                                        300 Cadman Plaza West, 12 Fl.
                                        Brooklyn, New York 11201
                                        Phone: (929) 575-4175
                                        Email: joseph@cml.legal
                                        *Attorney for Plaintiff*

Dated:     Brooklyn, New York
           September 26, 2018

1