UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUC BURBON,

                Plaintiff,

-v-

J CHOO USA, INC. D/B/A JIMMY CHOO,

                Defendant.

No. 18-cv-8012 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE FILED: 9/27/18

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Plaintiffs informing the Court that the parties have reached a settlement. (Doc. No. 5.) Accordingly, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice but without costs. IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). However, within thirty days of the date of this Order, any party may send a letter requesting to restore this action to the docket with an explanation for the request.

    The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Dated:    September 27, 2018
             New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE